888 F.2d 1380
 Grois (William), Malmstone (Harold), Seely (Jack), Holinko
(Andrew), Theriault (Everett), Jansen (Robert), Rainey
(Lester), Toohey (Thomas), Rechsteiner (Gerald), McGeachen
(Robert), Levinskas (John), Taylor (Robert), McKnight
(Harry), Miller (Harry), Sikora (Stanley), Jadeszko
(Francis), Seufert (Kenneth), Locke (Walter), Marinaro
(John), Voorhees (John), Ryerson (Raymond), Malstone
(Raymond), Brennan (John), Pickett (Wayne), Blunt (Robert),
Marsh (Dewitt), Dkystra (Albert),
 NOS. 89-5311, 89-5332
 United States Court of Appeals,
Third Circuit.
 OCT 25, 1989
 
 1
 Appeal From: D.N.J.
 
 
 2
 APPEAL DISMISSED.